# Court of Appeals
# of the State of Georgia

ATLANTA, __May 29, 2018__

*The Court of Appeals hereby passes the following order:*

**A18A1671.  IN THE INTEREST OF R. W. et al., CHILDREN.**

The juvenile court terminated the parental rights of Therian Wimbush and Recardo Wimbush, Sr., as to nine of their ten children.  Eight of the children and both parents filed applications for discretionary review.  See Case Nos. A18D0282 (children), A18D0310 (parents).  On February 12, 2018, this Court granted the applications and informed the parties they had ten days to file a notice of appeal in the trial court.  See OCGA § 5-6-35 (g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law."); see also *Riley v. State*, 280 Ga. 267, 268 (626 SE2d 116) (2006).

The children filed their notice of appeal on February 22, 2018.  It has been docketed here as Case No. A18A1670.  The parents, however, did not file their notice of appeal until February 23, which was eleven days after we issued our order granting their application for discretionary review.  The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because the parents' notice of appeal was not timely filed, we lack jurisdiction to consider their appeal.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  05/29/2018
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*